UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

RAYMOND McGRAW, )
)
                 Plaintiff, )
vs. ) No.1:05-cv-926-RLY-TAB
)
MICHAEL HORNADAY, et al., )
)
                 Defendants. )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendants' motion for summary judgment is **granted** and that the plaintiff take nothing by his complaint.

Date: 09/10/2007

Laura Briggs, Clerk
United States District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Deputy Clerk, U.S. District Court

Distribution:

Raymond D. McGraw
DOC #883037
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064

Paul T. Fulkerson, SKILES DETRUDE
pfulkerson@skilesdetrude.com